UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| BUENA ESCANO,<br><br>　　　　　Plaintiff(s),<br>　v.<br>AURORA LOAN SERVICES,<br>　　　　　Defendant(s).<br>_____/ | No. C 11-06720 MEJ<br><br>**ORDER PERMITTING TELEPHONIC APPEARANCE AT HEARING** |

This matter is scheduled for a Motion to Dismiss hearing on May 3, 2012. Now before the Court is the request of Justin D. Balser, counsel for Defendant Aurora Loan Services, to appear telephonically. Good cause appearing, the request is GRANTED. However, Defendant Aurora Loan Services is **ORDERED** to contact the courtroom deputy, Rose Maher, at (415) 522-4708, and provide a local or toll-free number at least 48 hours prior to the hearing. At the time of the hearing, counsel shall stand by at the number provided until called by the Court.

**IT IS SO ORDERED.**

Dated: April 30, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge