UNITED STATES DISTRICT COURT

Northern District of California

BUENA ESCANO,

               Plaintiff(s),

   v.

AURORA LOAN SERVICES,

               Defendant(s).
_____/

No. C 11-06720 MEJ

**ORDER VACATING HEARING**

**Re: Dkt. No. 13**

      This matter is currently scheduled for a hearing regarding Defendant's Motion to Dismiss on May 3, 2012. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds this matter suitable for disposition without a hearing and hereby VACATES the May 3 hearing. The Court shall issue an order forthwith.

      **IT IS SO ORDERED.**

Dated: May 2, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge