UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| BUENA ESCANO, | No. C 11-06720 MEJ |
| Plaintiff(s), | **ORDER VACATING HEARING** |
| v. | **Re: Dkt. No. 13** |
| AURORA LOAN SERVICES, | |
| Defendant(s). | |
| _____/ | |

This matter is currently scheduled for a hearing regarding Defendant's Motion to Dismiss on May 3, 2012. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds this matter suitable for disposition without a hearing and hereby VACATES the May 3 hearing. The Court shall issue an order forthwith.

**IT IS SO ORDERED.**

Dated: May 2, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge